THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOSSCO TRADING, LLC, an Oregon corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CORNEL TRADING (CANADA) CORP., a Canada corporation; MAERSK LINE, a Denmark corporation; COSCO CONTAINER LINES AMERICAS, INC., a Delaware corporation; and COSCO Container Lines, a Chinese corporation,<br><br>            Defendants. | No.: CV06-5648 RJB<br><br>TEMPORARY RESTRAINING ORDER |

This matter was considered by the Court on Plaintiff's Motion for Temporary Restraining Order. The Court having reviewed the pleadings and being otherwise fully advised, finds as follows:

    1.    There is a strong likelihood that Plaintiff will prevail on the merits of some or all of its claims against Defendants.

    2.    Plaintiff will suffer immediate and irreparable harm if Defendant Cornel Trading (Canada) Corp. is not restrained from taking possession of goods shipped to Japan under Booking Numbers 87691000, 87690990, 87690980, and 87692470, which includes 4

TEMPORARY RESTRAINING ORDER:
No.: CV06-5648 RJB

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Dockets.Justia.com

1   containers that were shipped on the vessels HANJIN OSLO and COSCO ANTWERP,

2   arrived in Japan on November 8 or 9, 2006, and are presently being held at the terminal in

3   Nagoya, Japan and 10 containers that are scheduled to arrive in Japan aboard the COSCO

4   XIAMEN.

5        3.    Plaintiff will suffer immediate and irreparable harm if Defendants COSCO

6   Container Lines Americas, Inc. ("CCLA") and COSCO Container Lines ("CCL") are not

7   restrained from releasing the 4 containers, which were shipped on the vessels HANJIN

8   OSLO and COSCO ANTWERP and arrived in Japan on November 8 or 9, 2006, presently

9   being held at the terminal in Nagoya, Japan.

10        4.    Plaintiff will suffer immediate and irreparable harm if Defendants COSCO

11   Container Lines Americas, Inc. ("CCLA") and COSCO Container Lines ("CCL") are not

12   restrained from releasing the 10 containers subject to this action that are being shipped on the

13   vessel COSCO XIAMEN, which is scheduled to arrive in Japan on or about December 4,

14   2006.

15        5.    The harm will be the loss of value for product it sold to Defendant Cornel and

16   for which Defendant Cornel did not pay.

17        6.    The balance of hardships favors Plaintiff.

18        Based on the foregoing findings, it is hereby ORDERED:

19        1.    Plaintiff's Motion for Temporary Restraining Order is GRANTED to the

20   extent set forth below.

21        2.    Defendant Cornel Trading (Canada) Corp. is restrained from taking possession

22   of goods shipped to Japan under Booking Numbers 87691000, 87690990, 87690980, and

23   87692470.

24        3.    Defendants COSCO Container Lines Americas, Inc. and COSCO Container

25   Lines are restrained from releasing the 4 containers subject to this action, which were

26   delivered to Nagoya, Japan and are being held at the terminal in Nagoya, Japan, unless

TEMPORARY RESTRAINING ORDER:   Page 2
No.: CV06-5648 RJB

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

presented with a valid bill of lading. Defendants CCLA and CCL may release said containers if presented with valid bills of lading.

4. Defendants COSCO Container Lines Americas, Inc. and COSCO Container Lines are restrained from releasing the 10 containers subject to this action that are aboard the COSCO XIAMEN and expected to arrive in Japan on or about December 4, 2006, unless presented with a valid bill of lading. Defendants CCLA and CCL may release said containers if presented with valid bills of lading.

5. Defendants are ordered to show cause why a preliminary injunction should not be granted.

6. BOSSCO Trading, LLC shall pay security in the amount of $55,000.00

7. A hearing for a preliminary injunction will be held on November 27, 2006. This Order shall remain in effect until that time.

DONE IN OPEN COURT this 16th day of November, 2006 at 9:30 a.m.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY, P.C.

By s/_____
  J. Dino Vasquez, WSBA #25533
  Toni Y. Anders, WSBA #31238
Attorneys for Plaintiff BOSSCO Trading, LLC

3512887.1

TEMPORARY RESTRAINING ORDER:
No.: CV06-5648 RJB

Page 3

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930